JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO F. LAREZ, | Case No. 5:20-cv-02505-CJC (AFM) |
| Petitioner, | |
| v. | **JUDGMENT** |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

This matter came before the Court on the Petition of ANTONIO F. LAREZ, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed (1) without prejudice as to Ground One; and (2) for lack of jurisdiction as to Ground Two.

DATED: March 16, 2021

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE